**Fill in this information to identify your case:**

Debtor 1: Jeffery M. Zeman

Debtor 2 (Spouse if, filing): 

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known): 

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1** 3rd & Central Properties, LLC
3204 Ten Broeck Way
Louisville, KY 40241

What is the nature of the claim?   $ $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
            Value of security:   - $
            Unsecured claim   $

Contact: 
Contact phone: 

**2** 3RD & Central Properties, LLC.
3204 Ten Brock Way
Louisville, KY 40241

What is the nature of the claim?   $ $447,352.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
            Value of security:   - $

Contact:

Debtor 1   Jeffery M. Zeman                              Case number *(if known)*  _____

Contact phone                                            Unsecured claim          $ _____

---

**3**

**Chase Card Services**
**PO Box 15298**
**Wilmington, DE 19850**

What is the nature of the claim?    Zeman Properties,    $ $770.00
                                    LLC misc. debts

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                        - $ _____
   Unsecured claim                           $ _____

Contact _____
Contact phone _____

---

**4**

**Edmonton State Bank**
**909 West Main Street**
**Glasgow, KY 42141**

What is the nature of the claim?    Personal Guaranty    $ $68,613.25
                                    Franklin Eateries, Inc

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                        - $ _____
   Unsecured claim                           $ _____

Contact _____
Contact phone _____

---

**5**

**Franklin Bank & Trust**
**PO Box 449**
**Franklin, KY 42135**

What is the nature of the claim?    Personal Guaranty    $ $368,474.42
                                    Zeman Properties,
                                    LLC

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                        - $ _____
   Unsecured claim                           $ _____

Contact _____
Contact phone _____

---

**6**

**Hankcock Bank & Trust**
**Company**
**2501 Crossings Blvd.**
**Bowling Green, KY 42104**

What is the nature of the claim?                         $ $788,135.61

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   Jeffery M. Zeman                                    Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**7**

**Hankcock Bank & Trust Company**
**2501 Crossings Blvd.**
**Bowling Green, KY 42104**

What is the nature of the claim?   $ **$747,393.46**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**8**

**Matt Zeman**
**N1402 Chrisler Rd.**
**Lodi, WI 53555**

What is the nature of the claim?   **Money loaned**   $ **$145,889.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**9**

**TimePayment Corp.**
**10M Commerce Way**
**Woburn, MA 01801**

What is the nature of the claim?   **Kegerator for Franklin Eateries, Inc.**   $ **$798.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

Debtor 1   Jeffery M. Zeman                               Case number *(if known)*

| 10 | | | |
|---|---|---|---|
| | USAA Savings Bank<br>P.O. Box 33009<br>San Antonio, TX 78265 | What is the nature of the claim? | $ $2,000.00 |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:                        - $ _____
  - Unsecured claim                             $ _____

Contact _____

Contact phone _____

### Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  /s/ Jeffery M. Zeman                          X  _____
   Jeffery M. Zeman                                  Signature of Debtor 2
   Signature of Debtor 1

Date  June 25, 2018                              Date  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy