**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jeffery M. Zeman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7323 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Kentucky | Date case filed for chapter  11   6/25/18 |
| Case number: | 18–10611–jal | |

Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case                                               12/15

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffery M. Zeman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4194 Witt Rd. <br> Franklin, KY 42134 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert C. Chaudoin <br> 519 E. 10th Street <br> P.O. Box 390 <br> Bowling Green, KY 42102–0390 | Contact phone  (270) 842–5611 <br><br> Email  chaudoin@harlinparker.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse <br> 601 W. Broadway <br> Louisville, KY 40202 | Hours open: <br> 8:30 a.m. to 4:30 p.m. Eastern Time Zone <br><br> Contact phone  502–627–5700 <br><br> Date: 6/26/18 |

**For more information, see page 2 >**

Debtor **Jeffery M. Zeman**                                                                                                                                   Case number **18–10611–jal**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 10, 2018 at 12:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **William Natcher Federal Courthouse, 241 East Main Street, Third Floor, Bowling Green, KY 42101** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints:** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

Official Form 309E (For Individuals or Joint Debtors)          **Notice of Chapter 11 Bankruptcy Case**          page 2

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                                  Case No. 18-10611-jal
Jeffery M. Zeman                                                                        Chapter 11
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0644-1           User: sgreathou               Page 1 of 1                  Date Rcvd: Jun 26, 2018
                               Form ID: 309E                 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Jeffery M. Zeman,    4194 Witt Rd.,    Franklin, KY 42134-6940
6329208        +3RD & Central Properties, LLC.,    3204 Ten Brock Way,    Louisville, KY 40241-2489
6329209        +Brian and Missy Simmons,    1223 Lakemere Ave.,    Bowling Green, KY 42103-6013
6329212        +Franklin Bank & Trust,    PO Box 449,   Franklin, KY 42135-0449
6329213        +Hankcock Bank & Trust Company,    2501 Crossings Blvd.,    Bowling Green, KY 42104-5459
6329214        +John H. Dwyer,    ZIELKE Law Firm,    462 South 4th St., Ste. 1250,    Louisville, KY 40202-3465
6329215        +Lonna Zeman,    N1402 Chrisler Rd.,    Lodi, WI 53555-9305
6329216         Matt Zeman,    Nl402 Chrisler Rd.,    Lodi, WI 53555
6329217        +Misty Zeman,    4194 Whitt Rd.,    Franklin, KY 42134-6940
6329218        +PennyMac Loan Services, LLC.,    27001 Agoura Rd.,    Agoura Hills, CA 91301-5339
6329219        +Richard McGahan,    186 Windmere Ct.,    Bowling Green, KY 42103-8719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: chaudoin@harlinparker.com Jun 26 2018 19:27:00     Robert C. Chaudoin,
                 519 E. 10th Street,    P.O. Box 390,   Bowling Green, KY   42102-0390
smg             EDI: IRS.COM Jun 26 2018 23:28:00     IRS,   PO Box 7346,    Philadelphia, PA   19101-7346
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Jun 26 2018 19:27:34     Charles R. Merrill,
                 Asst. U.S.Trustee,    601 West Broadway #512,    Louisville, KY 40202-2229
6329210        +EDI: CHASE.COM Jun 26 2018 23:28:00     Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
6329211        +E-mail/Text: thigh@edmontonstatebank.com Jun 26 2018 19:27:06     Edmonton State Bank,
                 909 West Main Street,    Glasgow, KY 42141-1117
6329220        +E-mail/Text: bankruptcy@bbandt.com Jun 26 2018 19:27:33     Sheffield Financial Corp,
                 P.O. Box 1704,    Clemmons, NC 27012-1704
6329221        +E-mail/Text: marisa.sheppard@timepayment.com Jun 26 2018 19:27:56     TimePayment Corp .,
                 10M Commerce Way,    Woburn, MA 01801-8000
6329222        +EDI: USAA.COM Jun 26 2018 23:28:00     USAA Savings Bank,    P. O. Box 33009,
                 San Antonio, TX 78265-3009
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Robert C. Chaudoin    on behalf of Debtor Jeffery M. Zeman chaudoin@harlinparker.com,
               rachel@harlinparker.com
                                                                                             TOTAL: 2
```